# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

### CASE NO.: 2:25-cv-00227

MORGAN HOWARTH,

        Plaintiff,

v.

RL INSTALLERS, INC.,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant RL INSTALLERS, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.  Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted Work of authorship.

2.  Based in Washington DC, Morgan Howarth has been a photographer for over 25 years and loved every minute of it. Unlike many shooters who "received their first camera at 5," Morgan came to photography while studying engineering in college. Inspired by a photojournalist, he changed his course load and never looked back. Now, Morgan focuses on interior and architecture work but is adept in almost

all forms of photography. His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into that one perfect shot. Morgan has photographed for a multitude of national clients and has been exposed to many beautiful people and places throughout his career. However, he still considers the best part of any assignment to be the client's final "Wow!" from a client.

3. Defendant RL INSTALLERS, INC. ("RLI") is a company that specializes in paver installation in driveways, pool decks, custom patios and custom structures. At all times relevant herein, RLI owned and operated the internet website located at the URL https://rlinstallers.com/ (the "Website").

4. Howarth alleges that RLI copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. RLI committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the RLI's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. RLI is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, RLI

engaged in infringement in this district, RLI resides in this district, and RLI is subject to personal jurisdiction in this district.

### DEFENDANT

9. RL Installers, Inc. is a Florida Corporation, with its principal place of business at 2464 Davis Boulevard, Naples, FL, 34104, and can be served by serving its Registered Agent, Rafael A. Lopez, at the same address.

### THE COPYRIGHTED WORK AT ISSUE

10. In 2020, Howarth created the photograph entitled "Glenbrook_Full_Backyard_F," which is shown below and referred to herein as the "Work".



11.  Howarth registered the Work with the Register of Copyrights on December 18, 2020, and was assigned registration number VA 2-229-899. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.  At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY RL INSTALLERS, INC.

13.  RLI has never been licensed to use the Work at issue in this action for any purpose.

14.  On a date after the Work at issue in this action was created, but prior to the filing of this action, RLI copied the Work.

15.  On or about September 12, 2024, Howarth discovered the unauthorized use of his Work on the Website. RLI used the Work on the Website Under the Featured Projects section.

16.  RLI copied Howarth's copyrighted Work without Howarth's permission.

17.  After RLI copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

18.  RLI copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. RLI committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Howarth never gave RLI permission or authority to copy, distribute or display the Work at issue in this case.

21. Howarth notified RLI of the allegations set forth herein on September 30, 2024 and October 16, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## **COPYRIGHT INFRINGEMENT**

22. Howarth incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Howarth owns a valid copyright in the Work at issue in this case.

24. Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. RLI copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

26. RLI performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Howarth has been damaged.

29. The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff MORGAN HOWARTH prays for judgment against the Defendant RL INSTALLERS, INC. that:

a. RLI and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. RLI be required to pay Howarth his actual damages and Defendant's profits attributable to the infringement, or, at Howarth's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Howarth be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Howarth be awarded pre- and post-judgment interest; and

e. Howarth be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Howarth hereby demands a trial by jury of all issues so triable.

Dated: March 19, 2025                    Respectfully submitted,

*/s/ Layla T. Nguyen*
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Morgan Howarth*